**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | CR-05-314-08-PHX-FJM |
| v. | ) | |
| Judy Gail Ramirez | ) | ORDER OF DETENTION |
| Defendant. | ) | |

A detention and pretrial release revocation hearing for violation of pretrial release was held on February 8, 2006. Defendant, Judy Gail Ramirez appears with counsel Marc Victor and the government is represented by Julie Halferty.

The Court finds by clear and convincing evidence that defendant has violated at least one of the conditions of her release. The Court also finds that defendant is unlikely to abide by any condition or combination of conditions to assure her appearance or protect the safety of the community.

IT IS THEREFORE ORDERED that the defendant's release is revoked and she is detained pending further order of the Court.

DATED this 13th day of February, 2006.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge